UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:23-CR-029-PPS/JEM |
| REGINALD THOMPSON, | ) |
| Defendant. | ) |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Reginald Thompson's agreement to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 178.] Following a hearing on the record on April 18, 2024 [DE 197], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Reginald Thompson's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 197] in their entirety.

Defendant Reginald Thompson is adjudged GUILTY of Count 1 of the indictment, Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. §1349.

The sentencing hearing is set for August 6, 2024 at 9:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: May 3, 2024.

                                                /s/ Philip P. Simon  
                                              UNITED STATES DISTRICT JUDGE